175 A.3d 156

JAMES A. YURCHAK, APPELLANT–PETITIONER, v. NEW
JERSEY DEPARTMENT OF CORRECTIONS,
RESPONDENT–RESPONDENT.

C–262 September Term 2017
080038

October 26, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004140–16 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.